# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JEFFREY S. HALL and ROBERT A. COLES, <br><br> Defendants. | CRIMINAL ACTION FILE NO.: 4:19-cr-0021-WMR |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Non-Final Report and Recommendation ("R & R") [Doc. 58], which recommends that Defendant Hall's Motion to Dismiss Indictment [Doc. 38] be DENIED. No objection to the R & R has been filed.

## I.  LEGAL STANDARD

Under 28 U.S.C. § 636(b)(1), the Court reviews the R & R for clear error if no objections are filed by a party within 14 days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of the R & R that is the subject of a proper objection. *Id*. As no objection to this R & R has been filed in this case, the clear error standard applies.

## II. CONCLUSION

After considering the Non-Final Report and Recommendation [Doc. 58], the Court receives the R & R with approval and adopts its findings and legal conclusions as the Opinion of this Court. Accordingly, Defendant Hall's Motion to Dismiss Indictment [Doc. 38] is hereby **DENIED**.

**IT IS SO ORDERED**, this 5th day of March, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE